**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| AHMED KAMAL, on behalf of himself and the putative class, | Case No. 2:15-cv-00190-WJM-MF |
| Plaintiff, | **NOTICE OF MOTION TO DISMISS THE COMPLAINT** |
| v. | **ORAL ARGUMENT REQUESTED** |
| J. CREW GROUP, INC., et al. | |
| Defendants. | *ELECTRONICALLY FILED* |

---

To:   Robert A. Solomon
      91 Pacific Street
      Newark, New Jersey 07105
      Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that on April 6, 2015, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants J. Crew Group, Inc., J. Crew Inc., J. Crew Intermediate LLC, J. Crew International, Inc., J. Crew Operating Corp., J. Crew Services, Inc., Chinos Holdings, Inc., and Chinos Acquisition Corporation ("Defendants"), shall apply before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order granting Defendants' Motion to Dismiss the Complaint with Prejudice.

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely upon the supporting Brief, and a proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1(b), Defendants request oral argument.

Dated: February 23, 2015

Respectfully submitted,

**DLA Piper LLP (US)**

By: s/ Andrew O. Bunn
Andrew O. Bunn
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
andrew.bunn@dlapiper.com
Phone: 973.520.2562
Fax: 973.520.2582
*Attorneys for Defendants*