**ROBERT A. SOLOMON, P.C.**
Robert A. Solomon
91 Pacific Street
Newark, New Jersey 07105
(973) 344-6587 Telephone

**FRANK & BIANCO LLP**
Marvin L. Frank
New York, New York 10016
(212) 682-1853 Telephone

**NABLI & ASSOCIATES, P.C.**
Peter Y. Lee
Khaled (Jim) El Nabli
60 East 42nd Street, Suite 1101
New York, New York 10165
(212) 808-0716 Telephone

*Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AHMED KAMAL**, on behalf of himself and the putative class,<br><br>    Plaintiff,<br>  v.<br><br>**J. CREW GROUP, INC.;**<br>**J. CREW INC.;**<br>**J. CREW INTERMEDIATE LLC;**<br>**J. CREW INTERNATIONAL, INC.;**<br>**J. CREW OPERATING CORP.;**<br>**J. CREW SERVICES, INC.;**<br>**CHINOS HOLDINGS, INC.;** and<br>**CHINOS ACQUISITION CORPORATION,**<br><br>    Defendants. | Civil Action No.: 2:15-cv-190-WJM-MF<br><br>*ELECTRONICALLY FILED*<br><br>**STIPULATION TO AMEND THE CLASS ACTION COMPLAINT BEFORE TRIAL** |

WHEREAS, on January 10, 2015, Plaintiff commenced this Action in the United States District Court for the District of New Jersey;

WHEREAS, Plaintiff Kamal has not previously amended his complaint;

WHEREAS, on February 23, 2015, Defendants filed and served its motion pursuant to Federal Rule of Civil Procedure 12(b);

WHEREAS, more than 21 days has passed since Defendants' 12(b) motion was filed;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff shall have until March 25, 2015, to file his Amended Class Action Complaint.

Dated: March 25, 2015

| | |
|---|---|
| **ROBERT A. SOLOMON, P.C.** | Agreed:<br>**DLA PIPER LLP (US)** |
| By:    s/ Robert A. Solomon<br>Robert A. Solomon<br>91 Pacific Street<br>Newark, New Jersey 07105<br>(973) 344-6587 Telephone<br>(973) 344-7604 Facsimile | By: _____<br>Andrew O. Bunn<br>James V. Noblett<br>Steven R. Marino<br>51 John F. Kennedy Parkway, Suite 120<br>(973) 520-2562 Telephone<br>(973) 520-2582 Facsimile |
| **FRANK & BIANCO LLP**<br>Marvin L. Frank<br>275 Madison Avenue, Suite 705<br>New York, New York 10016<br>(212) 682-1853 Telephone<br>(212) 682-1892 Facsimile | Keara Gordon (*pro hac vice*)<br>DLA PIPER (US)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>(212) 335-4632 Telephone<br>(212) 884-8632 Facsimile<br><br>*Attorneys for Defendants* |
| **NABLI & ASSOCIATES, P.C.**<br>Peter Y. Lee<br>Khaled (Jim) El Nabli (*pro hac vice* pending)<br>60 East 42nd Street, Suite 1101<br>New York, New York 10165<br>(212) 808-0716 Telephone<br>(212) 808-0719 Facsimile | |

*Counsel for Plaintiff and the Class*

2