# PETER Y. LEE
### ATTORNEY AT LAW

770 River Road, #52  T (201) 886-1964
Edgewater, NJ 07020  F (201) 886-0733

✉ Peter.Lee@LeeAdvocates.com

July 23, 2015

Hon. William J. Martini, U.S.D.J.
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Ahmed Kamal vs. J. Crew Group, Inc., et al.**
   **U.S.D.C. D.N.J. Civil Action No. 2:15-CV-00190-WJM-MF**
   **Motion to Dismiss Complaint (ECF 23)**

Dear Judge Martini:

On behalf of plaintiff and the putative class, we respectfully provide the Court with a courtesy copy of the Southern District's decision today denying the second dismissal motion filed in Cynthia M. Fullwood vs. Wolfgang's Steakhouse, Inc., Civil Action No. 13-07174 (KPF).

To the extent the defendants' motion in the instant action relies heavily on other FACTA cases, including Fullwood, we wish to apprise this Honorable Court about this development today. After all, the defendants' motion here borrows many of the same arguments raised by the defendants in Fullwood, among other cases.

We thank the Court for Your Honor's valuable consideration.

Respectfully submitted,

/s/ *Peter Y. Lee*

PETER Y. LEE


PYL/ddh/enc.
cc: Andrew O. Bunn, Esq.
   **Via ECF Filing**


**VIA ECF FILING**