UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AHMED KAMAL, on behalf of himself and the putative class,<br><br>                **Plaintiff**,<br><br>  v.<br><br>J. CREW GROUP, INC.; J. CREW INC.; J. CREW INTERMEDIATE LLC; J. CREW INTERNATIONAL, INC.; J. CREW OPERATING CORP.; J. CREW SERVICES, INC.; CHINOS HOLDINGS, INC.; and CHINOS ACQUISITION CORPORATION<br><br>                **Defendants.** | Civil Action No. 15-0190 (WJM)<br><br><br>**ORDER** |

      **THIS MATTER** having come before the Court upon defendant's motion to stay the case; and the Court having considered the papers in support of and in opposition to the motion; and for the reasons set forth in the Opinion issued on this date; and for good cause shown;

      **IT IS** on this 29th day of December 2015,

      **ORDERED** that, defendant's motion to stay the case is **granted**.


                                              s/Mark Falk
                                              **Mark Falk**
                                              **United States Magistrate Judge**