UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AHMED KAMAL,** | Civ. No. 2:15-0190 (WJM) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **J. CREW GROUP, INC.,** *et al*, | |
| **Defendants.** | |

**THIS MATTER** comes before the Court on Defendants' motion to dismiss; for the reasons set forth in the accompanying Opinion; and for good cause appearing;

**IT IS** on this 20th day of October 2016, hereby,

**ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**; Plaintiff may file an amended complaint within 20 days of this Order.

      /s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**