

**DLA Piper LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
www.dlapiper.com

Andrew O. Bunn
andrew.bunn@dlapiper.com
T 973.520.2562
F 973.520.2582

Partners Responsible for Short Hills Office:
Andrew P. Gilbert
Michael E. Helmer

November 28, 2016
VIA ECF

OUR FILE NO. 390877-000001

Honorable Mark Falk, U.S.M.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

Re: *Ahmed Kamal v. J. Crew Group, Inc., et al.*
Case No. 2:15-cv-00190-WJM-MF

Dear Judge Falk:

We represent defendants J. Crew Group, Inc., J. Crew Inc., J. Crew Intermediate LLC, J. Crew International, Inc., J. Crew Operating Corp., J. Crew Services, Inc., Chinos Holdings, Inc., and Chinos Acquisition Corporation (collectively, "J. Crew") in this case. On November 17, 2016, Plaintiff Ahmed Kamal ("Plaintiff") filed a Second Amended Class Action Complaint. (Dkt. No. 65). J. Crew's response is currently due on December 1, 2016. Fed. R. Civ. P. 15(a)(3).

J. Crew intends to file a motion to dismiss the Second Amended Class Action Complaint (the "Motion"). J. Crew and Plaintiff have agreed to the following briefing schedule for the Motion:

| | |
|---|---|
| Opening Brief Due Date: | December 15, 2016 |
| Opposition Brief Due Date: | January 12, 2017 |
| Reply Brief Due Date: | January 26, 2017 |

No other extensions have been sought with respect to the Motion.

If Your Honor finds this approach acceptable, please "so order" this letter in the space provided on the next page.

Thank you for Your Honor's consideration.

Respectfully,

s/ Andrew O. Bunn
Andrew O. Bunn

cc: All Counsel Via ECF



Honorable Mark Falk, U.S.M.J.
November 28, 2016
Page Two

IT IS on this 27 day of ~~December~~ Nov. 2016, SO ORDERED.

_____
Honorable Mark Falk, U.S.M.J.