# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---------------------------------------- X
:
AHMED KAMAL, on behalf of himself and : Case No. 2:15-cv-00190-WJM-MF
the putative class, :
:
            Plaintiff, : **NOTICE OF MOTION TO DISMISS**
: **THE SECOND AMENDED**
   v. : **COMPLAINT**
:
J. CREW GROUP, INC., et al. : **ORAL ARGUMENT REQUESTED**
:
           Defendants. :
: *ELECTRONICALLY FILED*
:
---------------------------------------- X

To:    Robert A. Solomon
        91 Pacific Street
        Newark, New Jersey 07105
        Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that on February 6, 2017, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants J. Crew Group, Inc., J. Crew Inc., J. Crew Intermediate LLC, J. Crew International, Inc., J. Crew Operating Corp., J. Crew Services, Inc., Chinos Holdings, Inc., and Chinos Acquisition Corporation (collectively "J. Crew"), shall apply before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order granting J. Crew's Motion to Dismiss the Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) Due to Lack of Standing.

**PLEASE TAKE FURTHER NOTICE** that J. Crew will rely upon the supporting Brief, Certification of Andrew O. Bunn (with exhibits) and a proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1(b), J. Crew requests oral argument.

Dated: December 15, 2016

Respectfully submitted,

**DLA Piper LLP (US)**

By: s/ Andrew O. Bunn
Andrew O. Bunn
James V. Noblett
Steven R. Marino
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
andrew.bunn@dlapiper.com
Phone: 973.520.2562
Fax: 973.520.2582

Keara M. Gordon (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of Americas
New York, New York 10020-1104
Telephone: (212) 335-4632
Facsimile: (212) 884-8632

*Attorneys for Defendants*