UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------ X
:
AHMED KAMAL, on behalf of himself and
the putative class,    :    Case No. 2:15-cv-00190-WJM-MF

        Plaintiff,    :

        v.    :    **DECLARATION OF ANDREW O. BUNN IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

J. CREW GROUP, INC., et al.    :

        Defendants.    :    *ELECTRONICALLY FILED*
:
------------------------------------ X

      **ANDREW O. BUNN,** of full age, hereby declares as follows:

      1.    I am a Partner with the law firm of DLA Piper LLP (US), and counsel for Defendants J. Crew Group, Inc., J. Crew Inc., J. Crew Intermediate LLC, J. Crew International, Inc., J. Crew Operating Corp., J. Crew Services, Inc., Chinos Holdings, Inc., and Chinos Acquisition Corporation in the above-captioned action.

      2.    Attached hereto as Exhibit A is a true and correct copy of a redlined comparison of the Second Amended Complaint with the First Amended Complaint filed in this action.

      3.    Attached hereto as Exhibit B is a true and correct copy of *Meyers v. Nicolet Restaurant of De Pere, LLC*, No. 16-2075 (7th Cir. Dec. 13, 2016).

      4.    Attached hereto as Exhibit C is a true and correct copy of *Thompson v. Rally House of Kansas City, et al.*, No. 15-00886 (W.D. Mo. Oct. 6, 2016).

      I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2016.

                                  s/*Andrew O. Bunn*
                                Andrew O. Bunn