# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AHMED KAMAL, on behalf of himself and the putative class,<br><br>Plaintiff,<br><br>v.<br><br>J. CREW GROUP, INC., et al.<br><br>Defendants. | Case No. 2:15-cv-00190-WJM-MF<br><br><br><br>**ORDER GRANTING<br>MOTION TO DISMISS THE<br>SECOND AMENDED COMPLAINT** |

THIS MATTER, having been opened to the Court by DLA Piper LLP (US), attorneys for Defendants J. Crew Group, Inc., J. Crew Inc., J. Crew Intermediate LLC, J. Crew International, Inc., J. Crew Operating Corp., J. Crew Services, Inc., Chinos Holdings, Inc., and Chinos Acquisition Corporation (collectively "J. Crew"), by way of a Motion to Dismiss the Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1), and the Court, having considered the submissions relied upon in support thereof and any opposition thereto, and having heard the argument of counsel, and good cause appearing;

IT IS on this ___ day of _____, 2017,

**ORDERED** as follows:

1.   J. Crew's Motion to Dismiss the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) is **GRANTED**.

_____
William J. Martini
United States District Judge