## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AHMED KAMAL, on behalf of himself and the putative class, | Case No. 2:15-cv-00190-WJM-MF |
| Plaintiff, |  |
| v. | **CERTIFICATION OF SERVICE** |
| J. CREW GROUP, INC., et al. |  |
| Defendants. | *ELECTRONICALLY FILED* |

On December 15, 2016, I caused to be served true and correct copies of Defendants' Motion to Dismiss the Second Amended Complaint and supporting papers on the following via ECF:

> Robert A. Solomon
> 91 Pacific Street
> Newark, New Jersey 07105
> *Attorney for Plaintiff*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                             s/ Andrew O. Bunn
                                                                             Andrew O. Bunn
                                                                             **DLA PIPER LLP (US)**
                                                                             51 John F. Kennedy Parkway, Suite 120
                                                                             Short Hills, New Jersey 07078-2704
                                                                             andrew.bunn@dlapiper.com
                                                                             Phone: (973) 520-2562
                                                                             Fax: (973) 520-2582
                                                                             *Attorneys for Defendants*

EAST\138122134.1