# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AHMED KAMAL,** | Civ. No. 2:15-0190 (WJM) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **J. CREW GROUP, INC.,** *et al*, | |
| **Defendants.** | |

Pursuant to a jointly agreed schedule submitted by Plaintiff on January 23, 2017 concerning supplemental briefing as to the Third Circuit's decision in *In re Horizon Healthcare Services Inc. Data Breach Litigation*, No. 15-2309, 2017 U.S. App. LEXIS 1019 (3rd Cir. Jan. 20, 2017) ("*Horizon*");

**IT IS** on this 24th day of January 2017, hereby,

**ORDERED** that the parties will submit supplemental briefing as follows:

- Within seven (7) days of this Order, Plaintiff will file a letter brief, not to exceed three (3) pages, concerning *Horizon*'s impact on this case;

- Within seven (7) days thereafter, Defendants will file a responsive letter brief, not to exceed three (3) pages.

          /s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**