UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AHMED KAMAL, on behalf of himself and the putative class,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CREW GROUP, INC., et al.<br><br>　　　　　Defendants. | Case No. 2:15-cv-00190-WJM-MF<br><br>**CERTIFICATION OF SERVICE**<br><br>*ELECTRONICALLY FILED* |
| ANITA PARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CREW GROUP, INC., et al.<br><br>　　　　　Defendants. | Case No. 2:17-cv-01214-WJM-MF |

　　　　On March 13, 2017, I caused to be served true and correct copies of Defendants' Reply Brief in Further Support of their Motion to Consolidate on the following via ECF:

　　　　　　Robert A. Solomon, Esq.
　　　　　　91 Pacific Street
　　　　　　Newark, New Jersey 07105
　　　　　　*Attorney for Plaintiff*

　　　　I also caused to be served true and correct copies of Defendants' Reply Brief in Further Support of their Motion to Consolidate on the following via email:

　　　　　　Robert A. Clifford, Esq. rac@cliffordlaw.com
　　　　　　Shannon M. McNulty, Esq. sinm@cliffordlaw.com
　　　　　　CLIFFORD LAW OFFICES PC
　　　　　　120 North LaSalle Street, 31st Floor
　　　　　　Chicago, IL 60602

Chant Yedalian, Esq. (*pro hac vice*)
chant@chant.mobi
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave.
Glendale, CA 91202

Brian Herrington, Esq. (*pro hac vice*)
brian@herringtonlawpa.com
HERRINGTON LAW, PA
1520 N. State St.
Jackson, MS 39202

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

    s/ Andrew O. Bunn
Andrew O. Bunn
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
andrew.bunn@dlapiper.com
Phone: (973) 520-2562
Fax: (973) 520-2582
*Attorneys for Defendants*