UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AHMED KAMAL,** | Civ. No. 2:15-0190 (WJM) |
| Plaintiff, | |
| v. | **ORDER** |
| **J. CREW GROUP, INC.,** *et al*, | |
| Defendants. | |

**THIS MATTER** comes before the Court on Defendants' motion to dismiss Plaintiff's Second Amended Complaint; for the reasons set forth in the accompanying Opinion; and for good cause appearing;

**IT IS** on this 6th day of June 2017, hereby,

**ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**; Plaintiff may file an amended complaint within 20 days of this Order.

                                                      /s/ William J. Martini
                                          **WILLIAM J. MARTINI, U.S.D.J.**