UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AHMED KAMAL, on behalf of himself and the putative class, | : : : : | |
| Plaintiff, | : : | Hon. William J. Martini |
| -vs- | : : : | Civil Action No. 15-190 (WJM) |
| J. CREW GROUP, INC., et al., | : : : | |
| Defendants. | : : | |
| ANITA PARKER, individually and on behalf of all others similarly situated, | : : : : : : | |
| Plaintiff, | : : | Hon. William J. Martini |
| -vs- | : : | Civil Action No. 17-1214 (WJM) |
| J. CREW GROUP, INC., J. CREW, LLC, AND DOES 1-100, | : : : | |
| Defendants. | : : : | **ORDER** |

**THESE MATTERS** having come before the Court; and for good cause shown;

**IT IS** on this 6th day of June 2017,

**ORDERED** that, the above matters are de-consolidated, in accordance with the

Court's Order entered on May 5, 2017.  The *Parker* matter should be listed as an

independent action bearing docket number 17-1214, and should no longer be listed as an

associated case to the *Kamal* matter; and it is further

**ORDERED** that, there shall be a status conference via telephone before the Undersigned on **June 13, 2017, at 3:30 p.m.**  Plaintiff shall arrange and initiate the conference call.

<pre>
                            s/Mark Falk                    
                            **MARK FALK**
                            **United States Magistrate Judge**
</pre>