UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AHMED KAMAL,** | Civ. No. 2:15-0190 (WJM) |
| Plaintiff, | |
| v. | **ORDER** |
| **J. CREW GROUP, INC.,** *et al*, | |
| Defendants. | |

**THIS MATTER** comes before the Court on Plaintiff's motion for reconsideration of the Court's June 6th, 2017, Order granting Defendants' motion to dismiss Plaintiff's second amended complaint; alternatively, Plaintiff moves to amend the June 6th, 2017, Order so as to dismiss Plaintiff's second amended complaint *with prejudice*. Plaintiff has expressed its intent to stand on its second amended complaint as dismissed.

**IT IS** on this 13th day of June 2017, hereby,

**ORDERED** that Plaintiff's motion for reconsideration is **DENIED**;

**ORDERED** that Plaintiff's motion to amend the June 6th, 2017, Order is **GRANTED**, such that Plaintiff's second amended complaint is dismissed **WITH PREJUDICE**.

    /s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**