UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AHMED KAMAL, on behalf of himself and the putative class, | ) ) ) ) | Case No. 2:15-cv-00190-WJM-MF |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF APPEAL** |
| J. CREW GROUP, INC., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**NOTICE IS HEREBY GIVEN** that Ahmed Kamal, Plaintiff in the above-captioned case, on behalf of himself and the putative Class, hereby appeals to the United States Court of Appeals for the Third Circuit, from the District Court's Order and accompanying Opinion entered in this action on the 14th day of June, 2017 (ECF Nos. 88–89), dismissing with prejudice Plaintiff's Second Amended Class Action Complaint.

Dated: June 20, 2017              Respectfully submitted,

**FRANK LLP**

By: _/s/ Marvin L. Frank_
Marvin L. Frank (MF1436)
Gregory A. Frank (Pro Hac Vice)
370 Lexington Avenue, Suite 1706
New York, New York 10017
(212) 682-1853 Telephone
(212) 682-1892 Facsimile
mfrank@frankllp.com
gfrank@frankllp.com

**ROBERT A. SOLOMON, P.C.**
Robert A. Solomon (RS2895)
91 Pacific Street
Newark, NJ 07105

(973) 344-6587 Telephone
(973) 344-7604 Facsimile
rsolomon@metrolaw.com

**NABLI & ASSOCIATES, P.C.**
Peter Y. Lee (PL2405)
peter.lee@leeadvocates.com
Khaled (Jim) El Nabli (Not Admitted)
Jim_elnabli@nablilaw.com
60 East 42nd Street, Suite 1101
New York, New York 10165
(212) 808-0716 Telephone
(212) 808-0719 Facsimile

*Counsel for Plaintiff and the Class*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2017, I presented the foregoing documents to the Clerk of Court for filing and uploading to CM/ECF, which automatically sends notification of same to the following attorneys of record:

Andrew O. Bunn
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
Phone: 973.520.2562
Fax: 973.520.2582
andrew.bunn@dlapiper.com

*Counsel for Defendants*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**FRANK LLP**

By: */s/ Marvin L. Frank*
Marvin L. Frank (MF1436)
370 Lexington Avenue, Suite 1706
New York, New York 10017
(212) 682-1853 Telephone
(212) 682-1892 Facsimile
mfrank@frankllp.com