# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

AHMED KAMAL, on behalf of himself and the putative class,

        Plaintiff,

    v.

J. CREW GROUP, INC., et al.

        Defendants.

Case No. 2:15-cv-00190-WJM-MF

**NOTICE OF CROSS-APPEAL**

*ELECTRONICALLY FILED*

**NOTICE IS HEREBY GIVEN** that Defendants J. Crew Group, Inc., J. Crew Inc., J. Crew Intermediate LLC, J. Crew International, Inc., J. Crew Operating Corp., J. Crew Services, Inc., Chinos Holdings, Inc., and Chinos Acquisition Corporation (collectively "J. Crew"), hereby cross-appeal to the United States Court of Appeals for the Third Circuit, from the District Court's Order and accompanying Opinion entered in this action on August 6, 2015 (ECF Nos. 33-34), denying J. Crew's Motion to Dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: July 5, 2017

Respectfully submitted,

**DLA Piper LLP (US)**

By: <u>s/ Andrew O. Bunn</u>
Andrew O. Bunn
James V. Noblett
Steven R. Marino
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
andrew.bunn@dlapiper.com
james.noblett@dlapiper.com
steven.marino@dlapiper.com
Telephone: (973) 520-2550
Facsimile: (973) 520-2551

Keara M. Gordon (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of Americas, 45th Floor
New York, New York 10020-1104
keara.gordon@dlapiper.com
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for J. Crew*

-2-