UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AHMED KAMAL, on behalf of himself and the putative class,<br><br>Plaintiff,<br><br>v.<br><br>J. CREW GROUP, INC., *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00190-WJM-MF<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the appearance of Gregory A. Frank in the above-captioned matter, as counsel for Plaintiffs and the Class, is hereby withdrawn. The undersigned attorneys remain counsel of record for Plaintiff and the Class.

Dated: September 28, 2017

                                        **FRANK LLP**

                              By: */s/ Marvin L. Frank*
                                 Marvin L. Frank (MF1436)
                                 mfrank@frankllp.com
                                 370 Lexington Avenue, Suite 1706
                                 New York, New York 10017
                                 (212) 682-1853 Telephone
                                 (212) 682-1892 Facsimile

**ROBERT A. SOLOMON, P.C.**
Robert A. Solomon (RS2895)
rsolomon@metrolaw.com
91 Pacific Street
Newark, New Jersey 07105
(973) 344-6587 Telephone
(973) 344-7604 Facsimile

**NABLI & ASSOCIATES, P.C.**
Peter Y. Lee (PL2405)
peter.lee@leeadvocates.com
Khaled (Jim) El Nabli (Not Admitted)
Jim_elnabli@nablilaw.com
60 East 42nd Street, Suite 1101
New York, New York 10165
(212) 808-0716 Telephone
(212) 808-0719 Facsimile

*Counsel for Plaintiff and the Class*